IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:                          :

MARIELA VAZQUEZ PLATA                      :          CASE NO. 10-04511-SEK13    SEK

                                           :
                                           :          Chapter:  13
                   Debtor(s)               :

**MINUTES OF HEARING ON CONFIRMATION AND/OR OTHER CHAPTER 13 PROCEEDINGS**

MATTERS TO BE CONSIDERED:
CONFIRMATION HEARING PLAN DATED 05/26/2010 (#2)

PARTIES PRESENT: ☐ Debtor  ☑ Debtor's Attorney  ☑ Chapter 13 Trustee  ☐ Creditors:

NOTES AND REMARKS:  * (Order will be entered electronically)

☑ **Plan Confirmed** Dated:  7-22-10 (#15)  *  ☑ As modified in open Court see additional comments.

☐ **Modified Plan** Dated : _____   ☐ Approved   ☐ Denied

☐ **Opposition**  ☑ **Motion To Dismiss** ☐ **Motion To Convert**: withdrawn by: Trustee _____

☐ Confirmation of Plan is denied for reasons stated in open Court.

☐ **Motion filed by** _____ is  ☐ Granted *  ☐ Denied *  ☐ Moot.

☐ **Debtor's motion requesting voluntary dismissal is hereby granted.** *  ☐ Trustee is awarded $100.00 for costs.

☐ **Case is dismissed for reasons stated in open Court.** *  ☐ Order to show cause is enforced and case is dismissed.*

☐ **The Court will retain jurisdiction upon the application for compensation filed by Debtor's Counsel for a period of**
_____ **days.**

☐ **Motion for Reconsideration was granted.** * Order Dismissing Case entered on _____ is vacated and set aside.

☐ **Motion filed by** _____ **requesting conversion was granted.***

☐ The case was **converted for reasons stated in open Court.** * ☐ _____ to pay conversion fees within ____ days.

☐ Debtor's ☐ Trustee's **Objection to Claim No.** _____ **filed by** _____ is: ☐ Granted ☐ Denied,
**Claim is :**   ☐ Disallowed ☐ Allowed as _____ .

☐ **Debtor has** ____ **days to file objection to claim(s)** number(s) _____ of creditor(s)

☐ **Application for Compensation and/or Reimbursement of Expenses filed by** _____ is
☐ Approved in the amount of _____ .* ☐ Denied.*

☐ **341 Meeting was rescheduled for:** _____ at _____

☐ **Hearing rescheduled:** ☐ **Status conference set:** ☐ **Pretrial hearing for:** _____ at _____

☐ **Clerk to give notice of hearing.** * ☐ **Clerk to follow up and return to chambers within** _____ days for court to
consider pending matters: _____

☑ Additional Comments:
Orally Amended in Open Court: 250 X 1   – 100 + 6%.
                              525 X 59
                              $31,225

DATE: 7-23-2010                                    BY:  MARIBEL MONTALVO